UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INEZ POWELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NOVARTIS PHARMAEUTICALS )<br> CORPORATION, )<br>)<br>Defendant. ) | 1:05-cv-1261-SEB-VSS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted,** that judgment is entered for the defendant and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.


Date: 12/06/2005

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Cynthia A. Bedrick
DELANEY & DELANEY
cindy@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

INEZ POWELL
422 East 28th Street
Indianapolis, IN 46205